**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MOTION DYNAMICS, INC.,
    Plaintiff,

vs.                              CASE NO. 05-CIV-2370-T-17-MSS

NU-BEST FRANCHISING, INC., et al.,
    Defendants.
_____/

**ORDER**

    This cause is before the Court on the plaintiff's motion for award of attorney's fees and costs (Docket No. 51). The defendants have failed to file any objection to the award of attorney's fees or to the amount of fees and costs that have been requested. The Court has reviewed the motion and finds it well-taken. Accordingly, it is

    **ORDERED** that the motion for award of attorney's fees and costs (Docket No. 51) be **granted** and the Court awards the plaintiff attorney's fees and costs in the amount of $15,105.24. The Clerk of Court shall enter judgment against the defendants, jointly and severally, for attorney fees and costs in the amount of $15,105.24.

    **DONE and ORDERED** in Chambers, in Tampa, Florida, this 9th day of June, 2006.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All Parties and Counsel of Record